# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RYAN DAVID RODGERS**　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**No: 3:20-cv-297-DPM**

**DOYEL RAMEY, Captain, Poinsett**
**County Detention Center**　　　　　　　　　　　**DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Rodgers hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

3 November 2020