# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RYAN DAVID RODGERS**                                    **PLAINTIFF**

**v.**                    **No: 3:20-cv-297-DPM**

**DOYEL RAMEY, Captain, Poinsett**
**County Detention Center**                                    **DEFENDANTS**

## JUDGMENT

Rodgers's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

3 November 2020